# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL KEENAN and JASON INKLEBARGER,**

      **Plaintiffs,**

**v.**                 Case No:  **6:14-cv-1725-Orl-31GJK**

**CONCEPT MANAGEMENT GROUP and PAUL GENTLES,**

      **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Renewed Motion for Entry of Default Final Judgment (Doc. No. 20), filed May 14, 2015.

On July 16, 2015, the United States Magistrate Judge issued a report (Doc. No. 21) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED in part and DENIED in part.** **T**he Clerk is directed to enter final default judgment as follows:

    a. In favor of Michael Keenan and against Defendants, jointly and severally, in the total amount of $6,000.00;

    b. In favor of Jason Inklebarger and against Defendants, jointly and severally, in the total amount of $15,000.00; and

      c.      In favor of Michael Keenan and Jason Inklebarger and against Defendants, jointly and severally, for a total of $470.00 in costs.

3. In all other respects, the motion (Doc. 20) is **DENIED**.

4. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 4, 2015.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party